FILED
January 16, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO.03-14-00499-CV

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN,TEXAS

-------------------------------------------------------------------------

ROBERT LEE MARTIN       §       APPELLANT

VS.       §

THE STATE OF TEXAS       §       APPELLEE

-------------------------------------------------------------------------

APPEAL FROM THE 331st JUDICIAL DISTRICT COURT

TRAVIS COUNTY,TEXAS

CAUSE NO.95-5530

RECEIVED
JAN 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

-------------------------------------------------------------------------

APPELLANTS OBJECTION

TO THE STATES SECOND

MOTION FOR

EXTENSION OF TIME

TO THE HONORABLE COURT OF APPEALS:

The Appellant respectfully moves for this court to STRIKE the instant Motion for an Extension of the deadline for filing the States brief.

Appellant exerts the states brief was currently due on December 1st,2014 and the State requested that the deadline be extended by 30(thirty) days or until January 30th,2015.

The State relies upon the following facts to explain its need for an extension of the deadline:

1. During the period since the appellants brief was filed M. SCOTT TALIAFERRO, assistant district attorney on the first request for the deadline be extended has completed and filed an original brief in two other pending appellate cases. He further stated that he had two other pending appellant cases and that he as the Director of the Appellate Division of Travis County District Attorney's Office has spent a considerable amount of time working on a variety of other matters and administrative issues.

Now, on this Second(2nd) request that the deadline be extended,the Assistant District Attorney is KATHRYN A SCALES, a different District Attorney.Although she is a different District Attorney she relies upon the same facts to reasonably explain the need for an extension of the deadline.

Appellant opposes the instant MOTION FOR AN EXTENSION OF THE DEADLINE FOR FILING THE STATES BRIEF.

Appellant filed his MOTION FOR APPOINTMENT OF COUNSEL,pursuant to CHAPTER 64 of the TEXAS CODE OF CRIMINAL PROCEDURE on July 10th,2011.The Trial Court took 3(three) years to consider and rule on Appellants Motion which was denied on july 18th,2014.

The District Attorney has had more then enough time to ensure that the Court has

a proper States brief to aid in the disposition of this cause # 95-5530.The District Attorneys office has numerous assistant District Attorney's that could file the brief for State especially one who has no heavy case load and are able to file the brief without requesting an extension of the deadline.

The State has had more then enough time to file its brief.The Appellant OBJECTS,to the States (2nd)second Motion for Extension of the deadline and request this Court to STRIKE the States instant Motion for extension of the deadline.

The request is not made for purpose of delay,but to ensure that the disposition of Appellants brief is handle properly.

PRAYER

Wherefore,the Appellant respectfully request that this Court STRIKES the States (2nd) second MOTION FOR EXTENSION OF THE DEADLINE.

Resectfully,Submitted

*Robert Lee Martin*

Robert Martin# 1050629

# CERTIFICATE OF SERVICE

I hereby certify that on the 12 day of January, 2015 a true and correct copy of this motion was served, by U.S. Mail to the following parties

Kathryn A. Scales
Assistant District Attorney
P.O. Box 1748
Austin, Texas 78767

Jeffrey D. Kyle
Clerk
Court of Appeals
Third District
P.O. Box 12547
Austin, Texas 78711-2547

Signed on January-12-2015

Robert Lee Martin
appellant pro-se

3.

#1050629
Robert Lee Martin
Clement Unit
9601 Spur 591
Amarillo, TX 79107-9606

January-12-2015

Motion of Objection
RE: Trial Court No. 955530
C.O.A. No. 03-14-00499

Office of The Clerk
Court of Appeals Third District
Austin Tx.

RECEIVED
JAN 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Dear Clerk

Enclosed you will find appellant Robert Lee Martins Motion for Objection to the States Second(2nd) Motion for Extension of time. Would you please file and bring to the attention of the Court of Appeals.

Thank you for your consideration

Sincerely
Robert Lee Martin

Robert Lee Martin
Clements Unit
9601 Spur 591
Amarillo, Tx
79107-9606

Legal
Mail

AMARILLO TX 791
13 JAN 2015 PM 1 T

Jeffrey D. Kyle-Clerk
Court of Appeals Third District
P.O. Box 12547
Austin Texas
78711-2547

78711 2547